UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

USA,

           -v-

DORON FELDMAN,
           Defendant.
_____

14-CR-6092
15-CR-6016

**CLERK'S CERTIFICATE / INDEX**

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

    Docket No. N/A

    Upon your request, we will make the above documents available to you.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/Tricia M. Frisa
Deputy Clerk

DATED:    October 6, 2017
              Rochester, NY