

**ANDREOZZI BLUESTEIN** LLP
Solving Tax Problems

**NORTHTOWN**
9145 Main St. Clarence, NY 14031
P 716-565-1100  F 716-565-1920

**SOUTHTOWN**
501 West 3rd St. Suite 5 Jamestown, NY 14701
P 716-281-0980  F 716-296-0218

October 19, 2017

<u>**VIA FACSIMILE (1 Page)**</u>
U.S. District Court for the Western District of New York
Attn: Case Manager Tricia
2120 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614
Fax: (585) 613-4035

Re: US v. Doron Feldman Docket Numbers 6:15-CR-06016 & 6:14-CR-06092
Second Circuit Docket No. 17-2868

Dear Tricia:

| 10/13/2017 | 57 | RESPONSE in Opposition by Doron Feldman re 53 MOTION APPLICATION FOR WRIT OF CONTINUING GARNISHMENT (Attachments: # 1 Certificate of Service)(Andreozzi, Randall) (Entered: 10/13/2017) |

Please provide a supplemental index for the above-filing to the United States Court of Appeals for the Second Circuit, for the subject Appeal (Second Circuit Docket Numbers 17-2868 and 17-2869).

Thank you for your anticipated assistance in this matter. Please contact me or my paralegal, Renee Bell, if you have any questions.

Sincerely,

Tiffany D. Bell